**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roosevelt JONES, Defendant–Appellant.**

**No. 02–10038.**

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

---

* Because the panel unanimously finds this case suitable for decision without oral argument, appellant's request for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Roosevelt Jones appeals pro se the district court's order denying his motion to vacate the $ 5,000 fine imposed as part of his sentence following his guilty plea conviction for possession of cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We review de novo the district court's assumption of jurisdiction. *United States v. Bennett,* 147 F.3d 912, 913 (9th Cir.1998). We vacate and remand with instructions to dismiss for lack of jurisdiction.

Under certain circumstances, the district court may modify a fine pursuant to Fed.R.Crim.P. 35 or 18 U.S.C. § 3573. *See* 18 U.S.C. § 3572(c). Here, the district court lacked jurisdiction to modify Jones' fine under Rule 35 because Jones filed his motion to vacate more than four years after sentencing. *See* Fed.R.Crim.P. 35; *United States v. Penna,* 319 F.3d 509, 512 (9th Cir.2003) (seven day period to file Rule 35 motion is jurisdictional). The district court also lacked jurisdiction to modify Jones' fine pursuant to 18 U.S.C. § 3573 because the government did not file a petition to do so. *See* 18 U.S.C. § 3573 (court may modify fine only upon petition of the government); *United States v. Morales,* 328 F.3d 1202, 1205 (9th Cir.2003).

VACATED AND REMANDED with instructions to dismiss for lack of jurisdiction.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

